**Opinion issued July 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00174-CV**

———————————

**JESSE JAMES, Appellant**

**V.**

**SAMANTHA LYNN LITTLE, Appellee**

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Case No. 131622-F

**MEMORANDUM OPINION**

Appellant, Jesse James, filed his notice of appeal on March 10, 2025. Appellant did not pay the appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified

appellant that unless he paid the appellate filing fee or established indigence by May 7, 2025, his appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, appellant has neither paid the appellate filing fee, nor established indigence for purposes of appellate costs.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.